1  Lionel Z. Glancy (SBN 134180)
   Robert V. Prongay (SBN 270796)
2  Charles Linehan (SBN 207439)
   **GLANCY PRONGAY & MURRAY LLP**
3  1925 Century Park East, Suite 2100
4  Los Angeles, CA 90067
   Telephone: (310) 201-9150
5  Facsimile: (310) 201-9160
   Email: info@glancylaw.com
6
7  Laurence M. Rosen, Esq. (SBN 219683)
   **THE ROSEN LAW FIRM, P.A.**
8  355 South Grand Avenue, Suite 2450
9  Los Angeles, CA 90071
   Telephone: (213) 785-2610
10 Facsimile: (213) 226-4684
   Email: lrosen@rosenlegal.com
11
12 *Co-Lead Counsel for Lead Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIMO DUVNJAK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BOX, INC., AARON LEVIE, and DYLAN SMITH,<br><br>Defendants. | Case No. 4:19-cv-03173-PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiffs Simo Duvnjak, Wayne Judd, and Kathy Judd, through their counsel, hereby voluntarily dismiss this action, without prejudice, against all defendants for all claims. No defendant has served either an answer or a motion for summary judgment. The parties have agreed that each will bear his, her, or its own fees and costs related to this action.

- 1 -
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

| | | |
|---|---|---|
| 1 | Dated:   December 16, 2019 | Respectfully submitted, |
| 2 | | **GLANCY PRONGAY & MURRAY LLP** |
| 3 | | |
| 4 | | /s/ *Charles Linehan* |
| 5 | | Lionel Z. Glancy<br>Robert V. Prongay |
| 6 | | Charles Linehan<br>1925 Century Park East, Suite 2100 |
| 7 | | Los Angeles, CA 90067<br>Telephone: (310) 201-9150 |
| 8 | | Facsimile: (310) 201-9160<br>Email: info@glancylaw.com |
| 9 | | |
| 10 | | **THE ROSEN LAW FIRM, P.A.** |
| 11 | | /s/ *Laurence M. Rosen* |
| 12 | | Laurence M. Rosen, Esq. (SBN 219683)<br>355 South Grand Avenue, Suite 2450 |
| 13 | | Los Angeles, CA 90071<br>Telephone: (213) 785-2610 |
| 14 | | Facsimile: (213) 226-4684<br>Email: lrosen@rosenlegal.com |
| 15 | | |
| 16 | | *Co-Lead Counsel for Plaintiffs and Class* |

- 2 -

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

## **PROOF OF SERVICE**

I, Jacob A. Goldberg, hereby declare under penalty of perjury as follows:

I am a partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On December 16, 2019, I electronically filed the following **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDCIE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on December 16, 2019.

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg